UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIGNET, L.L.C.,
FLIGHT SYSTEMS AUTOMOTIVE GROUP, L.L.C.
PLAST-O-FOAM, L.L.C., and
CAPITAL BOULEVARD PARTNERS, L.L.C.

        Plaintiffs,        Case No. 2:09-cv-14418-PJD-MAR
v.        HON. PATRICK J. DUGGAN
        MAG. MARK A. RANDON
JOSEPH KRIPLI,

        Defendant.

## FINAL STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT KRIPLI ONLY

Upon stipulation of Plaintiffs and Defendant Joseph Kripli, all claims raised in the First Amended Complaint against Mr. Kripli only, are dismissed with prejudice, and without costs to either Plaintiffs or Defendant Kripli.

IT IS SO ORDERED.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: December 16, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 16, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager

STIPULATED AS TO FORM AND CONTENT:

/s/ Stephen P. Dunn        /s/ Edward G. Lennon w/ perm
Stephen P. Dunn (P68711)        Edward G. Lennon (P42278)
Attorney for All Plaintiffs        Attorney for Joseph Kripli

1716882